UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00042-FDW-DSC

| | |
|---|---|
| GREAT STAR INDUSTRIAL USA, LLC and HANGZHOU GREAT STAR INDUSTRIAL CO., LTD., <br><br>Plaintiffs, <br><br>vs. <br><br>APEX BRANDS, INC., <br><br>Defendant. | |
| APEX BRANDS, INC. and APEX TOOL GROUP, LLC, <br><br>Counterclaimants, <br>vs. <br><br>GREAT STAR INDUSTRIAL USA, LLC and HANGZHOU GREAT STAR INDUSTRIAL CO., LTD., <br><br>Counterdefendants. | ORDER |

THIS MATTER is before the Court *sua sponte* after scheduling a hearing for April 8, 2020 on Defendant and Counterclaimants' Motion for Preliminary Injunction. See (Docs. Nos. 8, 16). In light of the rapid spread of the COVID-19 novel coronavirus, and in an effort to promote social distancing, the Court deems it unnecessary to hold the hearing as it was originally scheduled. Instead, the Court shall rule on the motion based on the parties' briefs and the forthcoming documents to be submitted, discussed below.

IT IS THEREFORE ORDERED:

1. Within **seven (7) days** of this Order, each party is to file with the Court a proposed Order.

2. These proposed Orders shall contain both findings of fact and conclusions of law.

3. The Clerk of Court is respectfully DIRECTED to remove the April 8, 2020 hearing from the calendar.

IT IS SO ORDERED.

Signed: March 27, 2020

Frank D. Whitney
Chief United States District Judge